

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, WILSON and PRYOR, Circuit Judges.

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

## PER CURIAM:

Alex Fitzgerald Hall, appointed counsel for Hilario Salinas–Lopez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Salinas–Lopez's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Hilario SALINAS–LOPEZ, a.k.a. Juan Lopez, Defendant–Appellant.**

**No. 06–16283
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 2, 2007.

A. Fitzgerald Hall, Federal Public Defender, R. Fletcher Peacock, Tampa, FL, for Defendant–Appellant.